| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
|---|---|---|
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | Misc. Docket AG No. 27 |
| CALISTRATOS SPIROS STAFILATOS | * | September Term, 2021 |

## ORDER

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Calistratos Spiros Stafilatos, to indefinitely suspend the Respondent from the practice of law with a right to petition for reinstatement after 90 days, it is this 30th day of August, 2021

**ORDERED,** by the Court of Appeals of Maryland, that the Respondent, Calistratos Spiros Stafilatos, be, and he hereby is, indefinitely suspended from the practice of law with a right to petition for reinstatement after 90 days, effective November 1, 2021, for violations of Rules 1.1, 1.3, 1.4, 1.5, 1.15, 1.16, and 8.4(a) and (d) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of Calistratos Spiros Stafilatos from the register of attorneys in this Court, and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Robert N. McDonald
Senior Judge



Suzanne C. Johnson, Clerk